July 17, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MARY L. JAMES, Appellant

NO. 14-13-00312-CV            V.

HOUSTON HOUSING AUTHORITY AND TARANTINO PROPERTIES, INC.,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Houston Housing Authority and Tarantino Properties, Inc., signed April 1, 2013, was heard on the transcript of the record.

We have inspected the record and find that we lack jurisdiction over appellant, Mary L. James's, appeal from the portion of the judgment awarding possession of the premises to appellees, Houston Housing Authority and Tarantino Properties, Inc. We therefore order that portion of the appeal **DISMISSED**.

We otherwise find no error in the judgment. We order the remainder of the judgment of the court below **AFFIRMED**.

We order appellant, Mary L. James, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.